No. 94–773.   Q–1 MOTOR EXPRESS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 94–778.   ELFORD *v.* ELFORD.   Ct. App. Wash.   Certiorari denied.

No. 94–779.   LEBLANC ET AL. *v.* WARD LAKE DRILLING, INC. C. A. 6th Cir.   Certiorari denied.

No. 94–782.   CONSTANT ET AL. *v.* RAY ET AL.   C. A. 9th Cir. Certiorari denied.

No. 94–783.   PENSACOLA CONSTRUCTION CO. *v.* TYGER CONSTRUCTION CO., INC.   C. A. 4th Cir.   Certiorari denied.

No. 94–784.   TOWN OF LONGBOAT KEY *v.* RESERVE, LTD. C. A. 11th Cir.   Certiorari denied.

No. 94–787.   GIBAS *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 94–789.   TANNER *v.* ILLINOIS COURT OF CLAIMS ET AL. Sup. Ct. Ill.   Certiorari denied.

No. 94–791.   FIRST ASSEMBLY OF GOD OF NAPLES, FLORIDA, INC. *v.* COLLIER COUNTY, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 94–792.   HALLCO MANUFACTURING CO., INC., ET AL. *v.* FOSTER ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 94–794.   GARMON *v.* ALABAMA STATE BAR.   Sup. Ct. Ala. Certiorari denied.

No. 94–800.   RIMERT *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 94–803.   KNIGHTEN *v.* CAVE & MCKAY ET AL.   C. A. 5th Cir.   Certiorari denied.